**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **THIEN HUU DUONG** | **CIVIL ACTION NO.  6:26-CV-00777 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**<u>MEMORANDUM ORDER</u>**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Thien Huu Duong, an immigration detainee at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.  Petitioner alleges that he has resided in the United Staes since 1979, when he arrived at the age of 12.  (Doc. 2 at 7).  He asserts that he is unlawfully detained, as he has fully complied with his Order of Supervised Release since it was issued in 2012.  (*Id.*)

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in similar cases.

Accordingly, IT IS ORDERED that a Response be filed within 21 days from the date of this Order, or the date of service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.  Petitioner shall have seven days within which to reply.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

1

To the extent the Petition has not yet been served, IT IS FURTHER ORDERED that Petitioner effect service of the Petition and this Order on Respondents.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 27th day of March, 2026.

Carol B. Whitehurst
United States Magistrate Judge